Glen P. **SHEA**, Petitioner/Appellant,

v.

Terri A. **SHEA**, Respondent/Respondent.

No. 62608.

Missouri Court of Appeals,
Eastern District,
Division One.

July 20, 1993.

Dennis L. Beckley, Bridgeton, for petitioner, appellant.

Bruce F. Hilton, Eisen, Gillespie & Hilton, Webster Groves, for respondent, respondent.

Before CRANDALL, P.J., and REINHARD and AHRENS, JJ.

## ORDER

Husband appeals from those portions of the dissolution decree awarding child support and attorney's fees. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).